UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-290 (DMC)**

UNITED STATES OF AMERICA v. **Jeremiah Johnson**
Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **Jeremiah Johnson, FBI# 617664FC4, SBI# 317117D** is now confined in Hudson County Jail.

2. **Jeremiah Johnson, FBI# 617664FC4, SBI# 317117D** will be required at the United States District Court in Newark, New Jersey on Wednesday, May 6, 2009, at 11:00 a.m. for an Arraignment before the Honorable Dennis M. Cavanaugh in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  April 28, 2009        /s/  Rodney Villazor
                              Rodney Villazor
                              Assistant United States Attorney
                              Petitioner - (973)645-2823

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED:  4/30/09

                              HON. DENNIS M. CAVANAUGH
                              UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Hudson County Jail.
We Command You that you have the body of **Jeremiah Johnson, FBI# 617664FC4, SBI# 317117D** (by whatever name called or charged) now confined in Hudson County Jail brought to the United States District Court in Newark, New Jersey on Wednesday, May 6, 2009, at 11:00 a.m. for an Arraignment in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
        United States District Judge at Newark, N.J.

DATED:  30 APRIL 2009         WILLIAM T. WALSH
                              Clerk of the U.S. District Court
                              for the District of New Jersey

                       Per:   _____
                              Deputy Clerk